IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GILBERTO RUELAS, JR.**                                                                  **PLAINTIFF**

V.                             **CASE NO. 5:24-CV-5130**

**BENTON COUNTY JAIL; MEDICAL**                                      **DEFENDANT**

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 8) filed in this case on August 27, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 16th day of September, 2024.

>     /s/ Timothy L. Brooks
>     TIMOTHY L. BROOKS
>     UNITED STATES DISTRICT JUDGE